IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                                        4:05-CR-00184-BRW

BOBBY JOE MOORE                                                                      DEFENDANT

## ORDER

Pending is Defendant's *pro se* Motion for Early Termination of Supervised Release (Doc. No. 29). Defendant pled guilty to being a felon in possession of a firearm and was sentenced to 77 months imprisonment, 3 years supervised release, and 100 hours of community service.[1] His supervision began on July 22, 2011, and is scheduled to end on July 21, 2014.[2]

The Prosecution has responded and requests that Defendant's Motion be denied.[3] The Prosecution states that it has consulted with Defendant's supervising officer and advises that he has not violated any terms of his supervised release; however, because of Defendant's history of violence, the Prosecution objects to Defendant's request.

After careful review, I am satisfied that Defendant should remain under supervised release. Accordingly, Defendant's Motion is DENIED without prejudice. Defendant may, however, request early termination of supervision at a later time.

IT IS SO ORDERED this 4th day of April, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 21.

[2] Doc. No. 30.

[3] *Id.*